AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

_____ District of  NEVADA _____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    2:15-mj-01172-VCF |
| | ) | |
| RUMALDO MARTINEZ | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse 333 Las Vegas Blvd., So. Las Vegas, NV 89101 | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | 12/10/2015 at 03:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  _____ Dec 9, 2015 _____

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge
_____
*Printed name and title*

RECEIVED
SERVED ON
FILED
ENTERED   COUNSEL/PARTIES OF RECORD

DEC - 9 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA          DEPUTY
BY: _____